EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| INTEGRACIÓN DE SALAS DE VERANO | 2007 TSPR 134 170 DPR _____ |
|---|---|

Número del Caso: ES-2007-2

Fecha: 29 de junio de 2007

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

INTEGRACIÓN DE SALAS DE VERANO

RESOLUCIÓN ENMENDADA

San Juan, Puerto Rico, a 29 de junio de 2007.

De conformidad con lo dispuesto en la Regla 4(d) del Reglamento de este Tribunal, se enmienda nuestra Resolución de 20 de junio de 2007 y se constituyen las siguientes Salas de Verano para funcionar durante el receso:

Del 1ro. julio al 17 de agosto de 2007

Hon. Francisco Rebollo López, Presidente
Hon. Liana Fiol Matta
Hon. Anabelle Rodríguez Rodríguez

Del 18 de agosto al 30 de septiembre 2007

Hon. Federico Hernández Denton, Presidente
Hon. Jaime B. Fuster Berlingeri
Hon. Efraín E. Rivera Pérez

Los Presidentes de Sala quedan facultados para sustituir a los Jueces que no puedan intervenir en algún asunto ante su consideración, y asimismo para convocar al Pleno del Tribunal cuando fuere necesario.

El Tribunal continuará emitiendo y certificando Opiniones y Sentencias durante todo el receso de verano.

Publíquese.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo.


Aida Ileana Oquendo Graulau
Secretaria del Tribunal Supremo